UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ONASSIS NGUYEN<br>        Plaintiff<br><br>v.<br><br>CHARTIS CLAIMS, INC. f/k/a AIG<br>CLAIMS SERVICES, INC., et al.<br>        Defendant | CIVIL ACTION NO. 11-cv-40195-FDS |

**DEFENDANT CHARTIS CLAIMS, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3 the defendants make the following corporate disclosure:

Chartis Claims, Inc. is a direct, wholly owned subsidiary of Chartis Global Claim Services, Inc., which is a wholly owned subsidiary of Chartis Inc., which is a wholly owned subsidiary of AIUH LLC, which is a wholly owned subsidiary of American International Group, Inc., which is a publicly held corporation. With the exception of the United States Department of the Treasury, no parent entity or publicly held entity owns 10% or more of the stock of American International Group, Inc.

        CHARTIS CLAIMS, INC f/k/a AIG CLAIMS
        SERVICES, INC.

        By their attorneys,

        */s/ Allen N. David*
        Allen N. David, BBO #115000
        Sarah-Elizabeth H. Cloutier, BBO #670244
        PEABODY & ARNOLD LLP
        Federal Reserve Plaza
        600 Atlantic Avenue
        Boston, MA 02210-2261
        P: (617) 951-2100
        adavid@peabodyarnold.com
        scloutier@peabodyarnold.com

DATED: October 20, 2011

## CERTIFICATE OF SERVICE

     I, Allen N. David, do hereby certify, that I have, this 20th day of October, 2011, served the foregoing document on all counsel of record, by causing a copy thereof, to be sent electronically to the registered participants in this case as identified on the Notice of Electronic Filing (NEF).

                                           */s/ Allen N. David*
                                           Allen N. David

754011_1